IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITES PUTNEY, | No. C -14-03763 EDL |
| Plaintiff, | **ORDER RE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DKT. 9]** |
| v. | |
| THE PERMANENTE MEDICAL GROUP, INC., et al., | |
| Defendants. | |

Having considered the parties' respective papers relating to Defendant The Permanente Medical Group, Inc.'s Motion for Judgement on the Pleadings ("Motion"), the Court finds this matter is appropriate for disposition without a hearing. Accordingly, the hearing date is vacated and no appearances are required. The Motion is submitted for decision and the parties will be served with the Court's Order deciding the motion.

**IT IS SO ORDERED.**

Dated: September 24, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge