**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARITES PUTNEY,

          Plaintiff,

  v.

THE PERMANENTE MEDICAL GROUP, INC., et al.,

          Defendants.

Case No. C -14-03763 (EDL)

**ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

Notice is hereby given that the Court, on its own motion, continues the case management conference currently set fo November 25, 2014 to December 2, 2014 at 9:00 a.m.  The joint case management statement must be filed no later than November 25, 2014.

**IT IS SO ORDERED.**

Dated: November 3, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge